Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

                    Case No.:  19−21200−ABA
                    Chapter:  13
                    Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Michael L. Seidle
   11 Walter Drive
   Williamstown, NJ 08094

Social Security No.:
   xxx−xx−9165

Employer's Tax I.D. No.:

---

**NOTICE OF ORDER DISMISSING CASE**

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 10/25/19.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).


Dated: October 25, 2019
JAN: bc

                                                                    Jeanne Naughton
                                                                    Clerk

```
                          United States Bankruptcy Court
                               District of New Jersey

In re:                                                          Case No. 19-21200-ABA
Michael L. Seidle                                               Chapter 13
       Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-1           User: admin                 Page 1 of 2                  Date Rcvd: Oct 25, 2019
                               Form ID: 148                Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 27, 2019.
db             +Michael L. Seidle,    11 Walter Drive,    Williamstown, NJ 08094-1220
518283401       Christine Dingler,    c/o Gloucester County Probation,    1893 Hurffville Road,
                 Woodbury, NJ 08096
518283403      +Emerg Phy Assoc of S Jersey,    c/o ARS,   1643 NW 136th Avenue,    Building H, Suite 100,
                 Fort Lauderdale, FL 33323-2857
518344660      +Kevin G. McDonald, Esquire,    KML Law Group, P.C.,    216 Haddon Avenue, Ste. 406,
                 Westmont, NJ 08108-2812
518405344      +MTGLQ Investors, L.P.,    c/o Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
518283406      +Specialized Loan Servicing,    8742 Lucent Boulevard # 300,    Highlands Ranch, CO 80129-2386
518283407      +Specialized Loan Servicing,    c/o Pluese, Becker & Saltzman, LLC,    20000 Horizon Way,
                 Suite 900,   Mount Laurel, NJ 08054-4318
518283408      +Tempoe, LLC,   c/o Security Credit,    2653 W. Oxford Loop,    #108,   Oxford, MS 38655-2929
518283409      +Tri State Credit Corporation,    PO Box 812,   Williamstown, NJ 08094-0812

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 26 2019 01:19:13     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 26 2019 01:19:10     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518392854      +EDI: CINGMIDLAND.COM Oct 26 2019 04:38:00     AT&T Mobility II LLC,   %AT&T SERVICES INC.,
                 KAREN A. CAVAGNARO PARALEGAL,   ONE AT&T WAY, SUITE 3A104,   BEDMINSTER, NJ. 07921-2693
518341583      +EDI: ATLASACQU.COM Oct 26 2019 04:38:00     Atlas Acquisitions LLC,   294 Union St.,
                 Hackensack, NJ 07601-4303
518399639      +E-mail/Text: bankruptcy@cavps.com Oct 26 2019 01:19:31     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-2321
518283402       E-mail/Text: clientrep@capitalcollects.com Oct 26 2019 01:20:20     Daniel C Schwartz, DDS,
                 c/o Capital Collection Service,   PO Box 150,   West Berlin, NJ 08091
518283404       EDI: AMINFOFP.COM Oct 26 2019 04:38:00     First Premier Bank,    3820 N Louise Ave,
                 Sioux Falls, SD 57107-0145
518318656       E-mail/PDF: MerrickBKNotifications@Resurgent.com Oct 26 2019 01:33:25      MERRICK BANK,
                 Resurgent Capital Services,   PO Box 10368,   Greenville, SC 29603-0368
518283405      +E-mail/PDF: MerrickBKNotifications@Resurgent.com Oct 26 2019 01:33:23      Merrick Bank Corp,
                 10705 S Jordan Gateway,   Suite 200,   South Jordan, UT 84095-3977
518357350      +EDI: JEFFERSONCAP.COM Oct 26 2019 04:38:00     Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,   Po Box 7999,   Saint Cloud Mn 56302-7999
518350299       EDI: Q3G.COM Oct 26 2019 04:38:00     Quantum3 Group LLC as agent for,    GPCC I LLC,
                 PO Box 788,   Kirkland, WA 98083-0788
518388423      +EDI: AIS.COM Oct 26 2019 04:38:00     Verizon,   by American InfoSource as agent,
                 4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 12

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518310794      Christine A. Brady,   NO ADDRESS GIVEN
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 25, 2019 at the address(es) listed below:
              Eric Clayman    on behalf of Debtor Michael L. Seidle jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
```

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Oct 25, 2019
                              Form ID: 148             Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
        Kevin Gordon McDonald    on behalf of Creditor    MTGLQ INVESTORS, L.P. kmcdonald@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
        TOTAL: 4